Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia 

Richmond Division

| | |
|---|---|
| Santrayia M. Bass<br>O.W. | Case No. 3:21 cv 147<br>*(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)* | Jury Trial: *(check one)* ✔ Yes ☐ No |
| -v- | |
| Marie L. Carr - School Resource Officer<br>Reid Baker - Asst Principal<br>VA Beach Police Department<br>VA Beach School Board | |
| *Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Santrayia M. Bass |
| Address | 1017 Carrington Ave |
| | Virginia Beach, VA 23464 |
| | *City / State / Zip Code* |
| County | Virginia Beach |
| Telephone Number | (757) 515-0333 |
| E-Mail Address | smbass0528@cox.net |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Marie L. Carr |
| Job or Title *(if known)* | School Resource Officer |
| Address | VBPD 4th Precinct 840 Kempsville Road |
| | Virginia Beach, VA 23464 |
| | *City / State / Zip Code* |
| County | Virginia Beach |
| Telephone Number | (757) 385-2800 |
| E-Mail Address *(if known)* | Marie.Barr@vbschools.com |

☐ Individual capacity ☑ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Reid Baker |
| Job or Title *(if known)* | Assistant Principal |
| Address | 3080 S. Lynnhaven Rd |
| | VA Beach, VA 23452 |
| | *City / State / Zip Code* |
| County | Virginia Beach |
| Telephone Number | (757) 648-4900 |
| E-Mail Address *(if known)* | Reid.Baker@vbschools.com |

☐ Individual capacity ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: O.W.
  Address: 1017 Carrington Ave
  City: Virginia Beach   State: VA   Zip Code: 23464
  County: Virginia Beach
  Telephone Number:
  E-Mail Address:

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

  Defendant No. 1
  Name:
  Job or Title (if known):
  Address:
  City:   State:   Zip Code:
  County:
  Telephone Number:
  E-Mail Address (if known):

  ☐ Individual capacity   ☐ Official capacity

  Defendant No. 2
  Name:
  Job or Title (if known):
  Address:
  City:   State:   Zip Code:
  County:
  Telephone Number:
  E-Mail Address (if known):

  ☐ Individual capacity   ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
Name: Virginia Beach School Board
Job or Title (if known):
Address: 2512 George Mason Drive P.O. Box 6038
City: Virginia Beach   State: VA   Zip Code:
County: Virginia Beach
Telephone Number: (757) 263-1000
E-Mail Address (if known):

[ ] Individual capacity   [✔] Official capacity

Defendant No. 4
Name: Virginia Beach Police Department
Job or Title (if known):
Address: VBPD 4th Precinct 840 Kempsville Rd
City: Virginia Beach   State: VA   Zip Code: 23464
County: Virginia Beach
Telephone Number: (757) 385-2800
E-Mail Address (if known):

[ ] Individual capacity   [✔] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
Fourth, Fifth, and Sixth Amendments of the Constitution of the United States
Virginia Beach Police Department General Orders

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

N/A

- D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
  School Resource Officer Marie L. Carr violated my juvenile son's Fourth Amendment rights by not guaranteeing O.W. the right to be secure in their persons and effects against unreasonable searches and seizures. No warrants were executed to confiscate property. The Fifth and Sixth amendments rights were violated when the SRO interrogated O.W. in school without the presence of the Assistant Principal, counsel or parent.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

- A. Where did the events giving rise to your claim(s) occur?
  The event occured at Kempsville Middle School in Virginia Beach VA.

- B. What date and approximate time did the events giving rise to your claim(s) occur?
  The event occurred on March 5, 2019 at approximately 03:05 pm during school hours.

- C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
  O.W. a juvenile was questioned by the Assistant Principal (AP) in the presence of the SRO about an alleged nude photo. During this administrative investigation, the AP instructed O.W. to open his phone for inspection to examine its content for evidence of wrongdoing as alleged by fellow classmates. The AP did not locate any wrongdoing. The AP was instructed by the SRO to handover O.W. phone. The AP and SRO left the room while O.W. wrote his statement. While the AP was conducting an administrative investigation, the SRO returned alone to the room where O.W. was writing his statement and demanded he look into his phone for a photo. The SRO then handed him his phone. The SRO directed him to show the photo that had been transmitted. O.W. complied to the SRO's demand. O.W. was unaware the SRO's would use the evidence against him. O.W. was not given his Miranda Warning before being questioned and neither was his parents, or the AP present or notified. The SRO used the information and photo she obtained form this event in her probable cause warrant to arrest my thirteen year old son.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
O.W. Miranda rights were not given prior to conducting a criminal interrogation. Denied right to counsel before questioning. Juveniles interviewed or interrogated by the police are afforded the same Fifth and Sixth Amendment protections as adults. Assistant Principal Reid Baker failed to notify parents of an administrative inquiry that later turned into a criminal investigation by the SRO. The Virginia Beach School Board failed to protect my juvenile son.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
On additional pages

B. What date and approximate time did the events giving rise to your claim(s) occur?
On additional pages

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
The evidence has shown that the AP was not aware of the criminal inquiries made by the SRO and that she was conducting a criminal investigation. Neither the AP nor parent were informed that the SRO was conducting a criminal investigation.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The physical size of the juvenile, the seriousness of the offense, or whether or not the juvenile is considered a suspect does not change the legal requirements during interviews and interrogations. Assistant Principal Reid Baker failed to notify parents of an administrative inquiry that later turned into a criminal investigation by the SRO. The Virginia Beach School Board failed to protect my juvenile son.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

B. What date and approximate time did the events giving rise to your claim(s) occur?

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

O.W. was taken into custody from school and placed in jail by the SRO. Neither he or his parents where aware that the administrative inquiry changed to a criminal investigation. Due to poor defense counsel, O.W. was convicted of a felony. O.W. and family has and still are suffering irreputable stress, dispare and fraught.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

We leave it the the courts to determine the monetary damages for the stress, suffering and dispare that we suffered.

We also ask that all cases of similar juvenile encounter at this school by these official be reviewed and the negative outcomes be overturned.

We also want an apology from the school principal Ms. Patti Jenkins (Kempsville Middle School) for the despicable descriptive presentation she made regarding my son to the school board resulting in him being suspended for the school year.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.
On additional pages

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.
On additional pages

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/4/2021

Signature of Plaintiff: *Santrayia M. Bass*
Printed Name of Plaintiff: Santrayia M. Bass

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
      _____ _____ _____
      *City*        *State*      *Zip Code*
Telephone Number _____
E-mail Address _____